UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heather Kerchen, Lori Kerchen,
and Dale Kerchen,

    Plaintiffs,                                   Case No. 4:22-cv-12492
                                                Hon: Shalina D. Kumar

v

Christian Raphalides (in his individual and
official capacities), University of Michigan,
James H. Woods (in his individual and
official capacities, & Unknown Does
(in their individual – and where appropriate –
official capacities),

    Defendants.

---

| | |
|---|---|
| Dustyn K. Coontz (P80102) <br> COONTZ LAW <br> 1100 W. Saginaw St., Suite 4 <br> Lansing, MI 48915 <br> (517) 940-8004 <br> *Attorneys for Plaintiffs* <br> dc@coontzlaw.com | Brian M. Schwartz (P69018) <br> Lawrence T. García (P54890) <br> Sydney G. Rohlicek (P85655) <br> MILLER, CANFIELD, PADDOCK <br> AND STONE, P.L.C. <br> 150 W. Jefferson Ave., Suite 2500 <br> Detroit, MI 48226 <br> (313) 963-6420 <br> *Attorneys for Defendants University of Michigan and Dr. James H. Woods* <br> schwartzb@millercanfield.com <br> garcia@millercanfield.com <br> rohlicek@millercanfield.com |

---

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY
IN SUPPORT OF DEFENANTS UNIVERSITY OF MICHIGAN AND
<u>DR. JAMES H. WOODS' MOTION TO DISMISS</u>**

**Hearing Date: May 8, 2023 at 2:00pm (via Zoom)**

Defendants, the University of Michigan and James H. Woods (collectively "Defendants"),[1] hereby submit the following Notice of Filing Supplemental Authority in advance of the May 8, 2023 hearing on their Motion to Dismiss.

On May 2, 2023, in *Christie v. Wayne State University* (attached as Exhibit 1) and *Elia Companies, LLC v. University of Michigan Regents* (attached as Exhibit 2), the Michigan Supreme Court discussed the notice requirements set forth in MCL 600.6431, which relates to an argument made on page 5, footnote 7 of Defendants' Motion to Dismiss. (ECF No. 8, PageID.71).

Respectfully submitted,

/s/Brian M. Schwartz
Brian M. Schwartz (P69018)
*Attorneys for Defendants*

---

[1] The undersigned does not represent Defendant Christian Raphalides, who has not appeared in this action.

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Brian M. Schwartz
Brian M. Schwartz (P69018)
Lawrence T. García (P54890)
Sydney G. Rohlicek (P85655)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 963-6420
*Attorneys for Defendant University of Michigan and Dr. James H. Woods*
schwartzb@millercanfield.com
garcia@millercanfield.com
rohlicek@millercanfield.com