UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heather Kerchen, Lori Kerchen,
and Dale Kerchen,

    Plaintiffs,

v

Christian Raphalides (in his individual and
official capacities), University of Michigan,
James H. Woods (in his individual and
official capacities, & Unknown Does
(in their individual – and where appropriate –
official capacities),

    Defendants.

Case No. 4:22-cv-12492
Hon: Shalina D. Kumar

---

| | |
|---|---|
| Dustyn K. Coontz (P80102)<br>COONTZ LAW<br>1100 W. Saginaw St., Suite 4<br>Lansing, MI 48915<br>(517) 940-8004<br>*Attorneys for Plaintiffs*<br>dc@coontzlaw.com | Brian M. Schwartz (P69018)<br>Lawrence T. García (P54890)<br>Sydney G. Rohlicek (P85655)<br>MILLER, CANFIELD, PADDOCK<br>AND STONE, P.L.C.<br>150 W. Jefferson Ave., Suite 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>*Attorneys for Defendants University of Michigan and Dr. James H. Woods*<br>schwartzb@millercanfield.com<br>garcia@millercanfield.com<br>rohlicek@millercanfield.com |

---

**STIPULATED ORDER TO ADJOURN DEFENDANTS' MOTION TO DISMISS AND TO SET BRIEFING SCHEDULE**

This matter having come before the Court on the Stipulation of the parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Hearing on Defendants' Motion to Dismiss (ECF No. 8), currently scheduled for May 8, 2023 at 2:00pm, is adjourned to a date and time to be set by the Court.

2. The Plaintiffs are permitted to file supplemental briefing on the effect of the Michigan Supreme Court's decisions in *Christe v. Wayne State University* (Docket No. 162706) and *Elia Companies, LLC v. University of Michigan Regents* (Docket No. 162830), which shall be filed by May 22, 2023.

3. The Defendants are permitted to file a brief in response by May 29, 2023.

                                                                        s/Shalina D. Kumar
                                                                        Shalina D. Kumar
                                                                        United States District Judge

Dated: May 16, 2023

Stipulated and agreed to by:

| | |
|---|---|
| /s/ Dustyn K. Coontz (with consent) | /s/ Brian M. Schwartz |
| Dustyn K. Coontz (P80102) | Brian M. Schwartz (P69018) |
| 1100 W. Saginaw St., Suite 4 | 150 W. Jefferson Ave., Suite 2500 |
| Lansing, MI 48915 | Detroit, MI 48226 |
| (517) 940-8004 | (313) 963-6420 |
| dc@coontzlaw.com | schwartzb@millercanfield.com |