UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heather Kerchen, et al.,

                Plaintiff(s),

v.                                         Case No. 4:22−cv−12492−SDK−DRG
                                                  Hon. Shalina D. Kumar

University of Michigan, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Dismiss – #8

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Shalina D. Kumar *without* oral argument.

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/T. Hallwood
                                                     Case Manager

Dated:   July 11, 2023