UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heather Kerchen, Lori Kerchen,
and Dale Kerchen,

    Plaintiffs,                       Case No. 4:22-cv-12492
                                          Hon: Shalina D. Kumar

v

Christian Raphalides (in his individual and
official capacities), University of Michigan,
James H. Woods (in his individual and
official capacities, & Unknown Does
(in their individual – and where appropriate –
official capacities),

    Defendants.

---

| | |
|---|---|
| Dustyn K. Coontz (P80102) | Brian M. Schwartz (P69018) |
| COONTZ LAW | Lawrence T. García (P54890) |
| 1100 W. Saginaw St., Suite 4 | Sydney G. Rohlicek (P85655) |
| Lansing, MI 48915 | MILLER, CANFIELD, PADDOCK |
| (517) 940-8004 | AND STONE, P.L.C. |
| *Attorneys for Plaintiffs* | 150 W. Jefferson Ave., Suite 2500 |
| dc@coontzlaw.com | Detroit, MI 48226 |
| | (313) 963-6420 |
| | *Attorneys for Defendants University of Michigan and Dr. James H. Woods* |
| | schwartzb@millercanfield.com |
| | garcia@millercanfield.com |
| | rohlicek@millercanfield.com |

---

## **DEFENDANTS' NOTICE OF APPEAL**

Defendants, the University of Michigan and James H. Woods, give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Denying Without Prejudice the Defendants' Motion to Dismiss and Ordering Limited Discovery (ECF No. 19) entered in this action on August 2, 2023.  The Sixth Circuit has jurisdiction under the collateral order doctrine because the District Court's August 2, 2023 Order denied Defendants' motion in its entirety, including its request to dismiss based on sovereign immunity.  28 U.S.C. § 1291; *Smith v. Leis*, 407 F. App'x 918, 926 (6th Cir. 2011).

This Notice of Appeal is timely, having been filed within 30 days after entry of the Court's August 2, 2023 Order. Fed. R. App. P. 4(a)(1)(A).

<div style="margin-left:50%">

Respectfully submitted,

/s/Brian M. Schwartz
Brian M. Schwartz (P69018)
Lawrence T. García (P54890)
Sydney G. Rohlicek (P85655)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
(313) 963-6420
*Attorneys for Defendant University of Michigan and Dr. James H. Woods*
schwartzb@millercanfield.com
garcia@millercanfield.com
rohlicek@millercanfield.com

</div>

Dated: August 10, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Brian M. Schwartz
Brian M. Schwartz (P69018)