UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Heather Kerchen, et al.,

            Plaintiff(s),

v.                                          Case No. 4:22−cv−12492−SDK−DRG
                                           Hon. Shalina D. Kumar

University of Michigan, et al.,

            Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 10, 2023.


                                              KINIKIA D. ESSIX, CLERK OF COURT


                                              By: s/ N Ahmed
                                                   Deputy Clerk


Dated:   August 10, 2023