Case: 23-1718 Document: 23-1 Filed: 05/28/2024 Page: 1

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 28, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

        Re: Case No. 23-1718, *Heather Kerchen, et al v. University of Michigan, et al*
              Originating Case No. 4:22-cv-12492

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                           Sincerely yours,

                                           s/Patricia J. Elder, Senior Case Manager
                                             for Gretchen Abruzzo, Case Manager

cc: Ms. Kyla L Barranco
    Mr. Dustyn K. Coontz
    Mr. Lawrence T. Garcia
    Mr. William Bernard Norman
    Ms. Sydney G. Rohlicek
    Mr. Brian M. Schwartz

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1718

_____

Filed: May 28, 2024

HEATHER KERCHEN; LORI KERCHEN; DALE KERCHEN

    Plaintiffs - Appellees

v.

UNIVERSITY OF MICHIGAN; JAMES H. WOODS

    Defendants - Appellants

CHRISTIAN RAPHALIDES; [UNKNOWN] DOES

    Defendants

## MANDATE

   Pursuant to the court's disposition that was filed 05/06/2024 the mandate for this case hereby issues today.

 COSTS: None