UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER KERCHEN et al.,
                Plaintiffs,

v.

UNIVERSITY OF MICHIGAN et al.,
                Defendants.

Case No. 22-12492
Honorable Shalina D. Kumar
Magistrate Judge David R. Grand

## ORDER PARTIALLY DISMISSING COMPLAINT (ECF NO. 1) AND SETTING RULE 16 SCHEDULING CONFERENCE

In accordance with the May 6, 2024 opinion issued by the Court of Appeals for the Sixth Circuit, ECF No. 22, **IT IS ORDERED** that Counts I through VI of plaintiffs' complaint as to defendant University of Michigan and James H. Woods in his official capacity and Counts I and II as to Woods in his individual capacity are **DISMISSED WITH PREJUDICE**. All claims against defendant Christian Raphalides (Counts I through VI), and the remaining claims against Woods in his individual capacity (Counts III through VI) may proceed to discovery.

Further, a telephonic scheduling conference pursuant to Civil Rule 16 is scheduled for Thursday, July 11, 2024 at 9:30 a.m. before the Honorable

Shalina D. Kumar. Counsel for plaintiffs will connect all parties on one line prior to dialing (810) 341-9670 to connect to the Court.

Before the Scheduling Conference, pursuant to Rule 26(f)(2), the attorneys of record are jointly responsible for the preparation of a discovery plan that includes the information identified in Rule 26(f)(3) and may also include reference to the issues listed in Rule 16(c)(2) if relevant. Rule 26(f)(1) requires that the parties confer no later than 21 days before the scheduling conference and develop a proposed discovery plan. This plan must be submitted to the Court as least seven (7) days before the date of the Rule 16 Scheduling Conference date identified above.

**IT IS SO ORDERED.**

Dated: May 31, 2024

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge